

Robert L. Epstein, Esq. (RE8941)
EPSTEIN DRANGEL LLP
Attorneys for Rates Technology Inc.
60 East 42nd Street, Suite 2410
New York, NY 10165
Tel.: (212) 292-5390
Fax No.: (212) 292-5391

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re RATES-VIPER PATENT LITIGATION | |
| | MASTER FILE No. 09 Civ. 4068 (LTS) (THK) |
| This document relates to: | |
| All Cases | |

### FINAL JUDGMENT UPON CONSENT

**WHEREAS,** the parties hereto have entered into a Settlement Agreement resolving all claims and counterclaims remaining in this Consolidated Action, and thus in Case No. 09 Civ. 9864 and Case No. 09 Civ. 4068, and

**WHEREAS,** Viper Networks, Inc. on its behalf, and on behalf of its terminated subsidiary Viper International LLC, as part of the settlement, has agreed to consent to the following terms, it is hereby:

**ORDERED, ADJUDGED AND DECREED** between the parties hereto that:

1. This Court has jurisdiction over the parties to this Final Judgment Upon Consent, has jurisdiction over the subject matter hereof and has jurisdiction over the subject matter of the above captioned consolidated case;

2. All claims and counterclaims asserted by Viper Networks, Inc. or Viper International LLC against Rates Technology Inc. in the above captioned consolidated case, and all claims and counterclaims asserted by Rates Technology Inc. against Viper Networks, Inc. or Viper International LLC in the above captioned consolidated case, are dismissed, with prejudice, each party to bear its own costs and attorneys' fees;

3. Viper Networks, Inc. on its behalf, and on behalf of Viper International LLC, agrees that U.S. Patent No. 5,425,085 is valid and enforceable for its life and duration, and that U.S. Patent No. 5,425,085 has been infringed by Viper Networks, Inc. and by Viper International LLC; and further agrees that U.S. Patent No. 5,519,769 is valid and enforceable for its life and duration, and that U.S. Patent No. 5,519,769 has been infringed by Viper Networks, Inc. and by Viper International LLC; and

4. Viper Networks, Inc. on its behalf and on behalf of Viper international LLC, and their respective officers, directors, agents, servants and employees, and all persons acting thereunder, in concert with, or on their behalf, are permanently restrained and enjoined from infringing U.S. Patent No. 5,425,085 and from infringing U. S. Patent No. 5,519,769, including, but not limited to, permanently restrained and enjoined from building or operating an Internet telephone system which infringes

U.S. Patent No. 5,425,085 or which infringes U. S. Patent No. 5,519,769, or

offering to sell or selling Internet telephone services which are provided using a

system which infringes U.S. Patent No. 5,425,085 or which infringes U. S. Patent

No. 5,519,769.

EPSTEIN DRANGEL LLP

By: _____
Robert L. Epstein, Esq.
Attorneys for Rate Technology Inc.
60 East 42nd Street, Suite 2410
New York, NY 10165
Tel. No.: (212) 292-5390
Fax. No.: (212) 292-5391

LOWENSTEIN SANDLER, PC

By: _____
Stephen R. Buckingham
Attorneys for Viper Networks, Inc.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel No.: 973-597-2326
Fax No. 973-597-2327

Dated: 3/21/2011

Dated: 3/21/11

THIS FINAL JUDGMENT UPON CONSENT IS SO ORDERED. The Clerk of Court is requested to close cases 09 Civ 4068 and 09 Civ 9864.

DATED: 4/4/2011

_____
Hon. Laura Taylor Swain
United States District Judge